UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 2:13-cv-0876 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| SEKOU STRIVERS, | |
| Defendant. | |

Currently noticed for hearing on December 9, 2013 is plaintiff's motion for default judgment. That date is not a date on which law and motion is heard by the undersigned and will accordingly be vacated.

The return of summons filed on September 11, 2013 indicates that defendant was served at 2721 Citrus Road, Rancho Cordova, CA 95742. ECF No. 9. The pending motion for default judgment was also served on defendant at that address. ECF No. 12. However, the court's review of the WestLaw database PEOPLEFIND-CA does not indicate that defendant resides at that address. Plaintiff will therefore be afforded an opportunity to file a supplemental affidavit from the process server justifying the propriety of service of summons at the Rancho Cordova address.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date on plaintiff's motion for default judgment set for December 9, 2013 is vacated.

2. Within fourteen days, plaintiff shall file a supplemental affidavit from the process server and any other evidence which supports a finding that service of summons is proper.

3. The matter shall thereafter stand submitted on the papers.

Dated: November 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 j&jsports-strivers.fb